**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:

EFRAIN OSES
AKA: EFRAIN OSES LOPEZ

CASE NO.: 20-16594-LMI
CHAPTER: 13

Debtor.
_____/

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Creditor, Freedom Truck Finance, LLC, objects to confirmation of the Debtor's Chapter 13 Plan and states:

1. Creditor is the lienholder on the title to the following vehicle:

    2011 FREIGHTLINER Cascadia CA125SLP
    VIN: 1FUJGLDRXBLAT6365 ("Vehicle")

2. Creditor filed Proof of Claim Number 3 in the total amount of $34,329.65.

3. Debtor's Chapter 13 Plan proposes to value Creditor's secured claim on the Vehicle to $15,889.14, pursuant to Section 506 of the Bankruptcy Code.

4. Creditor believes the replacement value of the Vehicle is higher than stated in the Plan, specifically $42,828.83, pursuant to the N.A.D.A. Official Used Car Guide attached hereto as Exhibit "A" and the court's reasoning in *In re Hauser*, 405 BR 684 (Bankr. S.D. Fla. 2009) (Olson, J.) and *In re Ortiz*, 2007 WL 1176019 (Bankr. S.D. Fla. 2007) (Ray, J.).

5. Notwithstanding the above, if an agreement cannot be reached amicably between the parties as to the value of the Vehicle, Creditor will conduct an appraisal of the Vehicle prior to an evidentiary hearing on the appropriate motion.

**WHEREFORE**, Creditor, respectfully requests the Court to sustain this Objection and for such other and further relief as the Court deems appropriate.

/s/ Gavin N. Stewart, Esq.
Gavin N. Stewart, Esq.
FL Bar No.: 52899
P.O. Box 5703
Clearwater, FL 33758
Telephone: (727) 565-2653
Fax: (727) 213-9022
bk@stewartlegalgroup.com
Counsel for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail this 7th day of July 2020.

/s/ Gavin N. Stewart, Esq.
Gavin N. Stewart, Esq.

**VIA FIRST CLASS MAIL**
Efrain Oses
6125 West 20 Avenue #311
Hialeah, FL 33012

**VIA CM/ECF NOTICE**
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027


Office of the US Trustee
51 S.W. 1st Ave.,
Suite 1204
Miami, FL 33130