B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re: EFRAIN OSES                                                                 Case No. 20-16594

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Vervent, Inc. Successor in Interest to First Associates Loan Servicing, LLC | Freedom Truck Finance, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Vervent, Inc. Successor in Interest to First Associates Loan Servicing, LLC
P.O Box 911007
San Diego, CA 92191-1007
Phone: (888)784-6048
E-mail:
Last Four Digits of Acct #: 1001

Court Claim # (if known): 3
Amount of Claim: $34,329.65
Date Claim Filed: 07/01/2020

Phone:
Last Four Digits of Acct. #: 1001

Name and Address where transferee payments should be sent (if different from above):

Vervent, Inc. Successor in Interest to First Associates Loan Servicing, LLC
P.O. Box 206536
Dallas, TX 75320-6536
Phone: (888)784-6048
E-mail:
Last Four Digits of Acct #: 1001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Arvind Nath Rawal
    AIS Portfolio Services, LP as agent                    Date 07/31/2020
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.