

**ORDERED in the Southern District of Florida on September 3, 2020.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Efrain Oses                                   Case No: 20-16594-LMI
                                                             Chapter 13

_____Debtor(s)___/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY VERVENT, INC. SUCCESSOR IN INTEREST TO <u>FIRST ASSOCIATES LOAN SERVICING, LLC</u>  / FREEDOM TRUCK FINANCE**

THIS CASE came to be heard on   <u>September 1, 2020 at 9:00 AM</u>   on the

*Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE

<u>27</u> ; the "Motion"). Based upon the debtor's assertions made in support of the Motion,

without objection, having considered the record in this case, and being duly advised in

the premises, the Court FINDS as follows:

A.  The value of the debtor's personal property (the "Personal Property") more

LF-103 (06/14/10)

particularly described as follows *(Select only one)*:

_X_ Motor vehicle described as follows:

Year and Model of motor vehicle:
2011 FREIGHTLINER Cascadia CA125SLP

Vehicle Identification Number (VIN #):
1FUJGLDRXBLAT6365

Odometer reading: 950,000 miles

___ Personal property other than a motor vehicle described as follows:

is $ _15,889.14_ at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ _15,889.14_ .

3. (Select only one):

   ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

   or

   _X_ Lender filed a proof of claim in this case [POC#3]. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of

    $18,440.51, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at  5.25  % for a total of $ 18,100.26          .

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

**Submitted by:**
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161

Attorney  Sanchez is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

LF-103 (06/14/10)