**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                Case No.: 20-16594-LMI
Efrain Oses                                                       Chapter 13
                Debtor(s)      /

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 6-1 | Internal Revenue Service | $ 57,793.75 |

Basis for Objection and Recommended Disposition

On or about July 21, 2020, Creditor filed a proof of claim in the amount of $57,793.75 and a priority amount of $52,723.89. The claim attributes the priority amount to taxes for the years 2016-2019.
The Debtor objects to the estimated priority amount attributed to the 2018 income tax return liability of $38,706.20 and an interest of $2,425.60 for a total of $41,131.80. The Debtor filed his 2018 income tax returns and the total liability for said year was $2,208.00.
Furthermore, the Debtor objects to the priority amount of $100.00 for an estimated liability due to a "HVY VEHICL" for a different taxpayer ID number ending in 6548.
Therefore, the Debtor objects to the priority amount found for the 2018 tax year and to the other estimated portion of $100.00 of the claim. Both of these priority portions of the claim should be reduced to $2,208.00 and the Debtor seeks an order reducing the total priority amount to $13,700.09.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  October 7, 2020                                      Respectfully Submitted:
                                                                                   Robert Sanchez, P.A.
                                                                                   355 West 49th Street
                                                                                   Hialeah, FL 33012
                                                                                   Fl. Bar No. 0442161
                                                                                   Telephone: (305) 687-8008
                                                                                   E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)