**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Efrain Oses                                           Case No: 20-16594-LMI

                                                                           Chapter 13

                  Debtor(s)            /

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE
2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   ☒   No further action is necessary.

2)   The following actions have been taken:

   ☐   The debtor has filed an objection to the proof of claim filed by _____.

   ☐   The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐   Other: _____
       _____
       _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on October 26, 2020.

                                                Submitted by:
                                                **ROBERT SANCHEZ, P.A.**
                                                Attorney for Debtor
                                                355 W 49th Street
                                                Hialeah, FL 33013
                                                Tel. (305) 687-8008

                                                By:*/s/Robert Sanchez*
                                                Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)